UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CARMENCITA QUEYQUEP,<br><br>                    Plaintiff,<br><br>     -against-<br><br>KONE, INC., et al.,<br><br>                    Defendant. | 1:25-cv-07198 (ALC) (SDA)<br><br>**ORDER** |

**ANDREW L. CARTER, JR., United States District Judge:**

On October 3, 2025, Defendant KONE Inc. filed a letter with this Court requesting a pre-motion conference on a proposed motion to dismiss. ECF No. 15. Per this Court's Individual Rules, upon the filing of such a letter motion, the non-moving party must, within three business days, submit a letter, not to exceed three pages, setting forth its position. Accordingly, Plaintiff is **ORDERED** to respond to the Defendant's letter motion by **October 16, 2025**.

**SO ORDERED.**

Dated:   October 10, 2025
         New York, New York

                                                                        ANDREW L. CARTER, JR.
                                                                        United States District Judge