USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 11/12/25

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CARMENCITA QUEYQUEP,<br><br>       Plaintiff,<br><br>-against-<br><br>KONE, INC., et al.,<br><br>       Defendant. | 1:25-cv-07198 (ALC) (SDA)<br><br>**ORDER** |

**ANDREW L. CARTER, JR., United States District Judge:**

On October 21, 2025, Plaintiff filed a letter with Court providing an update as to Defendant Forte Construction Corp.("Forte"). ECF No. 26. Plaintiff indicated that Defendant Forte was in the process of retaining counsel and that counsel should be assigned within the week. Plaintiff indicated that they would not seek a default against Defendant Forte in the meantime. Defendant Forte has failed to ever make an appearance in this matter. Plaintiff is hereby **ORDERED** to file a status report indicating whether they have been in touch with Defendant Forte and whether Defendant Forte has obtained counsel and will be appearing in this matter. Such status report is due by **November 26, 2025**.

**SO ORDERED.**

Dated: November 12, 2025
    New York, New York

                   **ANDREW L. CARTER, JR.**
                   **United States District Judge**