

**Sacco & Fillas, LLP**
Attorneys at Law

31-19 Newtown Avenue
Seventh Floor
Astoria, NY 11102

Tel: 718 746-3440
Direct: 718 269-2205
Direct Fax: 718 425-9595

amatuza@saccofillas.com
www.saccofillas.com

Tonino Sacco*
Elias N. Fillas
_____
Luigi Brandimarte*
Lamont K. Rodgers
Joseph Katz
_____
Malik E. Anderson*
Scott L. Appelbaum
Joseph Badalov
James R. Baez*
Joseph Benincasa
Jack Berry
Justin Bettis
Victor I. Bota*
Nathan A. Brill*
Joanne Ciaramella
Scott W. Clark
David A. Craven
Christopher DelCioppio*
Alex Diaz
Kurt A. Doiron
Ronald B. Groman
Jeffrey Hellerman
Zachary S. Kaplan
James Y. Kim*
Eric Lopez
Patricia R. Lynch
John P. Margand
Albert R. Matuza, Jr.
Diamanda Papagiannakis
Andrew Rafalaf
Philip R Reid*
David D. Ryan
Richard E. Schirmer
Morris J. Schlaf*
Lantao Sun
Clifford R. Tucker*
William W. Wallis*
Michael S. Warycha
Zachary J. Zain
Alex Zhang
Anthony J. Zullo

*Also admitted in New Jersey

January 5, 2026

Judge Andrew L. Carter, Jr.
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

Re:    Queyquep v. KONE, Inc., et al.
       Case No. 1:25-cv-07198
       Our File #:    29342-22

Dear Judge Carter:

        As you are aware, this office represents the Plaintiff in the above matter.

        Please allow this correspondence to serve as Plaintiff's motion to amend sections "5 (b)(ii)" and "5(b)(iii)" of the Report of Rule 26(f) Meeting and Case Management Plan from "12/29/25" to "1/9/26." All parties have consented to these amendments.

        Thank you.

Very Truly Yours,
**SACCO & FILLAS, LLP**

By: Albert R. Matuza, Jr., Esq.
cc: All parties (via ECF)

Application DENIED as moot. The Case Management Plan does not require Court approval for the parties to extend the interim discovery deadlines set forth therein. (*See* Case Mgmt. Plan, ECF No. 39, ¶ 5(b).) The parties are reminded that this matter has been referred to Magistrate Judge Aaron for general pretrial management. All pretrial motions and applications, including those related to scheduling and discovery, must be made to Judge Aaron and in compliance with this Court's Individual Practices.

SO ORDERED.
Dated: January 6, 2026

**Main Office**
31-19 Newtown Avenue
Seventh Floor
Astoria, NY 11102

**Bayside Office**
42-40 Bell Boulevard
Suite 300
Bayside, NY 11361

**Manhattan Office**
32 Broadway
Suite 1818
New York, NY 10004

**New Jersey Office**
2160 North Central Road
Suite 306
Fort Lee, NJ 07024